AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

| | |
|---|---|
| United States of America<br>v.<br><br>James 'Jimmy' Robinson<br><br>Defendant(s) | )<br>)<br>)  Case No.<br>)       1:15mj572-RHW<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __March 2015__ in the county of __Harrison__ in the __Southern__ District of __MS, Southern Division__, the defendant(s) violated:

*Code Section* — *Offense Description*

21 U.S.C. § 846 — Conspiracy to Possess with Intent to Distribute a Controlled Substance, to wit, 500 grams or more of methamphetamine.

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

*Complainant's signature*

Donald A. Penny, Jr., DEA Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 11/09/2015

*Judge's signature*

City and state: Gulfport, MS

Robert H. Walker, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT

I, Donald A. Penny, Jr., being first duly sworn, state as follows:

**Introduction**

I am a Special Agent (SA) with the United States Department of Justice, Drug Enforcement Administration (DEA). I have been a Special Agent of the DEA for over (24) years. I am currently assigned to the Gulfport Resident Office located in Gulfport, MS. During the course of my employment I have participated in numerous investigations of illegal narcotics trafficking and violations of Title 21 United States Code. Many of these investigations involve the sale and distribution of controlled substances, including methamphetamine and methamphetamine ICE.

**Probable Cause Factual Basis**

Your affiant states that in March of 2015 a Source of Information, hereafter referred to as SOI #1, related to Agents of the Drug Enforcement Administration (DEA) and Mississippi Bureau of Narcotics (MBN) that he/she has knowledge of the trafficking of methamphetamine "ICE" from Los Angeles, California to the Mississippi Gulf Coast by James "Jimmy" ROBINSON. These trips were said to have occurred between mid-November of 2014 and March of 2015. SOI #1 related that on one trip Joseph MORAN utilized a rented van from the Enterprise Rental Car in D'Iberville, Mississippi and traveled with a large sum of U.S. Currency to the Los Angeles, California area and obtained multiple-pounds of methamphetamine "ICE" which were contained in vacuum sealed bags and concealed in the side of Igloo type coolers.

Photographs supporting the information were provided by SOI #1 to agents. These pictures depicted the actual methamphetamine acquired in California, ROBINSON holding the methamphetamine, and the actual coolers showing the containment method.

Agents of the DEA and MBN interviewed a cooperating defendant, hereafter referred to as CD #1, in relation to his/her involvement and knowledge of methamphetamine trafficking involving ROBINSON. CD #1 said that he/she was introduced to ROBINSON in the early part of 2014 and shortly thereafter ROBINSON solicited CD #1 to transport drugs from Los Angeles, California to the Mississippi Gulf Coast for $800.00 per trip.

CD #1 provided detailed events of the trips he/she participated in and confirmed the transportation of multiple pounds of methamphetamine concealed in coolers.

On September 29, 2015, ROBINSON was arrested at the Albuquerque International Airport in Albuquerque, New Mexico, for possession of a controlled substance and an outstanding warrant from the State of Mississippi. ROBINSON later confessed to agents of the DEA Albuquerque District Office that he had 12 ounces of methamphetamine

located in the side walls of a cooler located in the vehicle he was operating at the time of his arrest. Agents located and seized the substance. The substance was then field tested and yielded a positive result for the presence of methamphetamine.

On November 5, 2015, Agents of the DEA Gulfport Resident Office questioned ROBINSON as to his involvement in the illicit trafficking of methamphetamine from California to Mississippi. ROBINSON admitted that during the summer of 2014 through 2015 he had facilitated the delivery of over 10 pounds of methamphetamine "ICE" from California to Mississippi.

## CONCLUSION

Based upon my experience as a DEA Special Agent and the facts listed above involving James "Jimmy" ROBINSON, it is my opinion that there is probable cause to believe that violations of Title 21, United States Code, Section 846, have been committed in the Southern District of Mississippi by James "Jimmy" ROBINSON and others who conspired to possess with the intent to distribute methamphetamine.

Donald A. Penny, Jr.
Special Agent
Drug Enforcement Administration

Sworn and subscribed to me this 9TH day of NOV, 2015.

UNITED STATES MAGISTRATE JUDGE